# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2033
LT Case No. 2021-CF-007833-A

_____

OMAR RODRIGUEZ-REYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Kevin Anthony Blazs, Judge.

W. Charles Fletcher, of Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Michael Schaub,
Assistant Attorney General, Tallahassee, for Appellee.

October 21, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____